■ OPAL PINDER, Appellant, v. ROBERT Y. GROMET, Respondent, et al., Defendant.— In an action to recover damages for personal injuries, the appeal is from an order conditionally granting respondent's motion to extend the time within which to make and serve a case on appeal. Order affirmed, with $10 costs and disbursements. No opinion. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.

■ BETTY SALINS et al., Respondents, v. HOTEL ST. GEORGE CORPORATION, Appellant.— In an action to recover damages for personal injuries and for medical expenses and loss of services, the appeal is from an order granting a motion to dismiss the complaint for lack of prosecution unless the action be placed on the calendar for trial for the May 1959 Term. Order affirmed, without costs. No opinion. Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ., concur.